1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   SIMON F. KUNG
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6265/ Fax: 702.388.6418
5  simon.kung@usdoj.gov
   *Attorneys for the United States*

6

**UNITED STATES DISTRICT COURT**
7  **DISTRICT OF NEVADA**

8

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE PREMISES LOCATED AT 5341 GREENHAVEN COURT, NORTH LAS VEGAS, NEVADA | Magistrate No. 2:18-mj-651-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF OLUREMI ADEWUNMI-AKINLEYE | Magistrate No. 2:18-mj-652-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF NIKKIYA AKINLEYE | Magistrate No. 2:18-mj-653-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: A VEHICLE DESCRIBED AS A BLACK 2008 LEXUS GS, ILLINOIS LICENSE PLATE Y733070 | Magistrate No. 2:18-mj-654-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

21   The United States of America respectfully moves this Court for an Order to UNSEAL the

22  instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under

23  the above-captioned cases and all related documents in anticipation of producing the same as

24  discovery in Case No. 2:20-cr-00217-GMN-EJY.

1

DATED this 9th day of September, 2020.

                                       Respectfully submitted,
                                       NICHOLAS A. TRUTANICH
                                       United States Attorney

                                       /s/ Simon F. Kung
                                       SIMON F. KUNG
                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE PREMISES LOCATED AT 5341 GREENHAVEN COURT, NORTH LAS VEGAS, NEVADA | Magistrate No. 2:18-mj-651-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF OLUREMI ADEWUNMI-AKINLEYE | Magistrate No. 2:18-mj-652-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF NIKKIYA AKINLEYE | Magistrate No. 2:18-mj-653-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: A VEHICLE DESCRIBED AS A BLACK 2008 LEXUS GS, ILLINOIS LICENSE PLATE Y733070 | Magistrate No. 2:18-mj-654-DJA<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 11th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3